*Order Filed on 7/19/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
| | Judge: | _____ |
| | Chapter: | _____ |

**ORDER TO SHOW CAUSE WHY A PATIENT CARE
OMBUDSMAN SHOULD NOT BE APPOINTED PURSUANT TO
11 U.S.C. § 333(a) and FED. R. BANKR. P. 2007.2**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/19/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

    The Court having noted that the debtor _____, a healthcare business, filed for relief under chapter _____ of the Bankruptcy Code on _____; and that pursuant to section 333(a)(1) of the Bankruptcy Code and Fed. R. Bankr.P. 2007.2 the Court must order, not later than 30 days after the commencement of the case, the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the Court, on motion of the United States Trustee or a party in interest filed no later than 21 days after the commencement of the case, it is hereby

    ORDERED that the Debtor and United States Trustee shall appear before the Honorable _____ on the date shown below to show cause why a Patient Care Ombudsman should not be appointed, and it is further

    ORDERED that any opposition to the appointment be filed no later than seven (7) days prior to the hearing.

    DATE: _____
    TIME: _____
    LOCATION: _____
                   _____
                   _____
    COURTROOM: _____

*new.11/5/09*

*Approved by Judge Michael Kaplan July  19, 2011*